# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICKY DAVID, | Case No. 2:10-cv-01373-GMN-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| HSBC BANK, USA, N.A., et al., | |
| Defendants. | |

This matter is before the court on the court's review of the docket in this case. Plaintiff filed an incomplete Application to Proceed *In Forma Pauperis* (Dkt. #1), which the court reviewed. The court entered an Order (Dkt. #5), directing Plaintiff to either file a completed Application or pay the $350.00 filing fee within thirty days. Plaintiff paid the filing fee on December 23, 2010. *See* Receipt of Payment, Dkt. #6.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. The Clerk of Court shall file the Complaint and issue summons to Plaintiff.
2. Plaintiff shall serve the summons and Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is advised that, pursuant to Rule 4(m), service of the summons and Complaint must be made within 120 days.

Dated this 8th day of February, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE