1   Cynthia L. Alexander, Esq.
    Nevada Bar No. 6718
2   Cassie R. Stratford, Esq.
    Nevada Bar No. 11288
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway
4   Suite 1100
    Las Vegas, NV  89169
5   Telephone (702) 784-5200
    Facsimile  (702) 784-5252
6   calexander@swlaw.com
    cstratford@swlaw.com
7
    *Attorneys for Wells Fargo Bank, N.A. d/b/a America's Servicing*
8   *Company, sued here as American Servicing Company and HSBC*
    *Bank USA, N.A.*
9
                    IN THE UNITED STATES DISTRICT COURT
10
                              DISTRICT OF NEVADA
11

12
    RICKY A. DAVID,
13                                          CASE NO.  2:10-cv-1373-GMN-PAL
                    Plaintiff,
14                                          **EX PARTE MOTION TO REMOVE**
    vs.                                     **COUNSEL FROM CM/ECF SERVICE LIST**
15
    HSBC BANK USA,N.A.,NATIONAL
16  DEFAULT SERVICING CORPORATION,
    AMERICAN SERVICING COMPANY,
17  UNIVERSAL AMERICAN MORTGAGE
    COMPANY, MORTGAGE ELECTRONIC
18  REGISTRATION SYSTEMS, INC; AND
    DOES 1-10,
19
                    Defendants.
20

21

22          Cynthia L. Alexander, Esq., former counsel for Defendants Wells Fargo Bank, N.A. d/b/a

23  America's Servicing Company, sued here as American Servicing Company ("Wells Fargo") and

24  HSBC Bank USA, N.A. ("HSBC") hereby bring this *Ex Parte* Motion to Remove Counsel from

25  CM/ECF Service List.   Cynthia L. Alexander, Esq. no longer works on this matter for

26  Defendants Wells Fargo and HSBC.

27  / / /

28  / / /

    14600016

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    Therefore, it is no longer necessary for Cynthia L. Alexander, Esq. to receive further

2    CM/ECF notices and respectfully requests to be removed from the CM/ECF service list.

3        Dated: February 20, 2012

4                                        SNELL & WILMER L.L.P.

5

6                                        By: _____

7                                        Cynthia L. Alexander, Esq.
                                         Nevada Bar No. 6718
8                                        Cassie R. Stratford, Esq.
                                         Nevada Bar No. 11288
9                                        Snell & Wilmer L.L.P.
                                         3883 Howard Hughes Parkway, Suite 1100
10                                       Las Vegas, Nevada 89169

11                                       *Attorneys for Wells Fargo Bank, N.A. d/b/a*
                                         *America's Servicing Company, sued here as*
12                                       *American Servicing Company and HSBC Bank*
                                         *USA, N.A.*

13

14                                       **IT IS SO ORDERED**

15

16                                       _____
                                         U.S. MAGISTRATE JUDGE
17

18                                       DATED: April 10, 2012
                                                _____
19

20

21

22

23

24

25

26

27

28

14600016

- 2 -