Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Aaron D. Ford, Esq.
Nevada Bar No. 7704
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
asorenson@swlaw.com
aford@swlaw.com
kriley@swlaw.com

*Attorneys for Wells Fargo Bank, N.A. d/b/a America's Servicing Company, sued here as American Servicing Company and HSBC Bank USA, N.A.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY A. DAVID,<br><br>    Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., NATIONAL DEFAULT SERVICING CORPORATION, AMERICAN SERVICING COMPANY, UNIVERSAL AMERICAN MORTGAGE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; AND DOES 1-10,<br><br>    Defendants. | CASE NO.: 2:10-cv-01373-GMN-PAL<br><br>**ORDER GRANTING MOTION FOR RELEASE OF LIS PENDENS** |

### ORDER

**IT IS HEREBY ORDERED** that the "Notice of Lis Pendens" recorded by Plaintiff Ricky A. David on August 12, 2010, Book and Instr. No. 20100812-0003585 in the Office of the

15859618

Recorder, Clark County, Nevada is hereby RELEASED IN FULL, pursuant to that Motion for Release of Lis Pendens filed with the Court on September 24, 2012.

The property affected by this action is that real property located in the County of Clark, State of Nevada, known as 7125 Puetollano Drive, North Las Vegas, Nevada 89084, more particularly described as Aliante North Parcel 19 Plat Book 119 Page 28 Lot 7 Block 1, filed in the office of the County Recorder of Clark County, State of Nevada, also referred to as Assessor's Parcel No. 124-19-513-007.

DATED this __15__ day of __October__ 2012.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
Aaron D. Ford, Esq. (Nevada Bar No. 7704)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A. d/b/a America's Servicing Company, sued here as American Servicing Company and HSBC Bank USA, N.A.*

15859618